UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No.

04 11574

WILLIAM STAVROS,

    Plaintiff,

v.

EMI STRATEGIC MARKETING, INC.

    Defendant.

RECEIPT # 57225
AMOUNT $150
SUMMONS ISSUED
LOCAL RULE 4.1
WAIVER FORM
MCF ISSUED
BY DPTY. CLK.
DATE 7/14/04

## VERIFIED COMPLAINT AND JURY DEMAND

### PRELIMINARY STATEMENT

Plaintiff seeks compensation for a longstanding pattern of willful and knowing violations of federal and state wage statutes. Defendant deprived plaintiff of wages earned, in particular, overtime pay in connection with his employment at EMI Strategic Marketing, Inc. Plaintiff consistently worked numerous overtime hours and defendant failed to pay plaintiff for the hours worked for which he was entitled to time and a half overtime compensation. Plaintiff seeks compensation for the unpaid wages and overtime, as well as multiple damages and attorneys' fees and costs.

### JURISDICTION AND VENUE

This Court has jurisdiction over this action pursuant to 29 U.S.C. § 1331 and to 29 U.S.C. § 1367. Venue is proper in the District of Massachusetts.

1

## PARTIES

1. Plaintiff William Stavros ("Stavros") is a resident of Boston, Massachusetts who until May 10, 2004 was employed by defendant EMI Strategic Marketing.

2. Defendant EMI Strategic Marketing, Inc. ("EMI") is a Massachusetts corporation with a principal place of business at 15 Broad Street, Boston, Massachusetts.

## STATEMENT OF FACTS

3. William Stavros was hired by EMI on or about April 26, 1999.

4. From the commencement of his employment until May 2004, Stavros frequently worked well in excess of forty hours per week and was not paid overtime for these hours.

5. EMI paid Stavros on a salary basis, and improperly classified Stavros as an "exempt" employee.

6. On June 30, 2004, Stavros filed a Non-Payment of Wage Complaint with the Massachusetts Office of the Attorney General setting forth the failures of the Defendant to pay the compensation owed to Stavros. The Non-Payment of Wage Complaint is attached hereto as Exhibit A.

7. On July 12, 2004, the Office of Attorney General authorized Stavros to file a private civil action under M.G.L. c.149, § 150 and c.151, §§ 1B and 20. This right-to-sue letter is attached hereto as Exhibit B.

### FIRST CAUSE OF ACTION – OVERTIME (FEDERAL)
**Violation of Fair Labor Standards Act ("FLSA"), 29 U.S.C. §201, et. seq.**

8. Stavros incorporates herein the allegations made in paragraphs 1-7.

9. EMI has breached its legal obligation under the FLSA to pay Stavros overtime for the hours he worked in excess of forty per week and improperly classified him as an "exempt" employee.

10. EMI's violation was willful or intentional, done in bad faith, or undertaken in reckless disregard as to whether its conduct violated the FLSA.

## SECOND CAUSE OF ACTION – NON PAYMENT OF WAGES
### Violation of M.G.L. chapter 149, §148

11. Stavros incorporates herein the allegations made in paragraphs 1-10.

12. EMI has breached its legal obligation under M.G.L. c.149, § 148 to pay Stavros the overtime compensation owed to him pursuant to M.G.L. c.151, § 1A.

13. EMI's breach was willful or intentional, or undertaken in reckless disregard for legal requirements.

## THIRD CAUSE OF ACTION – OVERTIME (STATE)
### Violation of M.G.L. chapter 151, § 1A

14. Stavros incorporates herein the allegations made in paragraphs 1-13.

15. EMI has breached its legal obligation under M.G.L. c.151, § 1A to pay Stavros overtime for the hours he worked in excess of forty per week.

16. EMI's violation was willful or intentional, or undertaken in reckless disregard for legal requirements.

**WHEREFORE,** plaintiff respectfully requests that this Court grant the following relief:

1. Order Defendant to pay compensation for overtime compensation due plaintiff under the FLSA, along with prejudgment interest;

2. Order Defendant to pay plaintiff treble damages for unpaid wages resulting from nonpayment of wage and overtime violations pursuant to M.G.L. c.149, §§ 148 and 150; M.G.L. c.151, §§ 1A and 1B, along with prejudgment interest;

3. Order Defendant to pay liquidated damages in an amount double the amount of plaintiff's actual damages pursuant to the FLSA, together with prejudgment interest;

4. Order Defendant to pay reasonable attorneys' fees incurred including, without limitation, reasonable accounting and experts' fees;

5. Equitable and/or injunctive relief as permitted by law and equity, including a restitution order;

6. Such other relief as this Court deems just and proper.

## JURY DEMAND

### THE PLAINTIFF DEMANDS A TRIAL BY JURY
### AS TO ALL COUNTS OF THE COMPLAINT

Respectfully submitted,
WILLIAM STAVROS,
By his attorneys,

Paul Holtzman, Esq.
BBO No. 563184
KROKIDAS & BLUESTEIN LLP
600 Atlantic Avenue
Boston, MA 02210
(617) 482-7211

DATED: July 14, 2004

## **VERIFICATION**

I, William Stavros, plaintiff in this action, hereby state under penalty of perjury that I have read the foregoing Verified Complaint and Jury Demand, and that its allegations are true, and that those stated upon information and belief, I believe to be true.

Signed under the penalties of perjury this 14th day of July 2004.

*William Stavros*
_____
William Stavros

2124\0001\141380.1

**JS 44** (Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

### I. (a) PLAINTIFFS
William Stavros

**DEFENDANTS**
EMI Strategic Marketing, Inc.

(b) County of Residence of First Listed Plaintiff: **Suffolk**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed: **Suffolk**
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Paul Holtzman, Esq.          (617)
Krokidas & Bluestein LLP     482-7211
600 Atlantic Avenue
Boston, MA 02210

Attorneys (If Known)
Paul H. Merry, Esq.          (617)
44 School Street, 10th Floor  720-2400
Boston, MA 02108

### II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury Med. Malpractice | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury — Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | Habeas Corpus: | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | ☐ 871 IRS—Third Party 26 USC 7609 | ☒ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |

### V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

### VI. CAUSE OF ACTION
(Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

Fair Labor Standards Act, 29 U.S.C. Sec. 201, et. seq.

### VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

### VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE
DOCKET NUMBER

DATE: July 14, 2004

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # ____ AMOUNT ____ APPLYING IFP ____ JUDGE ____ MAG. JUDGE ____

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. Title of case (name of first party on each side only) __William Stavros vs EMI Strategic Marketing, Inc.__

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

    - [ ] I. 160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.
    - [x] II. 195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730, 740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.     *Also complete AO 120 or AO 121 for patent, trademark or copyright cases
    - [ ] III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310, 315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371, 380, 385, 450, 891.
    - [ ] IV. 220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660, 690, 810, 861-865, 870, 871, 875, 900.
    - [ ] V. 150, 152, 153.

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.

   N/A

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?
   YES [ ]   NO [X]

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest? (See 28 USC §2403)
   YES [ ]   NO [X]

   If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?
   YES [ ]   NO [ ]

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?
   YES [ ]   NO [X]

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).
   YES [X]   NO [ ]

   A. If yes, in which division do all of the non-governmental parties reside?
      Eastern Division [X]   Central Division [ ]   Western Division [ ]

   B. If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?
      Eastern Division [ ]   Central Division [ ]   Western Division [ ]

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)
   YES [ ]   NO [ ]

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME __Paul Holtzman, Esq.__
ADDRESS __Krokidas & Bluestein LLP, 600 Atlantic Avenue, Boston, MA   02210__
TELEPHONE NO. __(617) 482-7211__

(Coversheetlocal.wpd - 10/17/02)