UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 04 11574 RGS

|  |  |
|---|---|
| WILLIAM STAVROS, <br> Plaintiff, <br><br> v. <br><br> EMI STRATEGIC MARKETING, INC. <br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## DEFENDANT EMI'S ASSENTED-TO MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT

NOW COMES Defendant EMI Strategic Marketing, Inc. and hereby MOVES this HONORABLE COURT, with the ASSENT of plaintiff, to extend the time for Defendant to answer or otherwise respond to the Complaint in this matter by ten (10) days.  Defendant requests that the time to answer or respond be extended from October 8, 2004, as was provided by the waiver of service, to October 18, 2004. Defendant asserts that additional time is needed to adequately respond to the Complaint. Plaintiff's counsel has assented to this Motion.

                    RESPECTFULLY SUBMITTED,
                    EMI STRATEGIC MARKETING, INC.
                    BY ITS COUNSEL


                    _____
                    Paul H. Merry, Esq.  #343580
                    Renee J. Bushey, Esq. #629444
                    Law Office of Paul H. Merry
                    44 School Street - 6th Floor
                    Boston, MA 02108
                    (617) 720-2400


ASSENTED TO:

ATTORNEY FOR PLAINTIFF



_____
Paul Holtzman, Esq. #563184
Krokidas & Bluestein LLP
600 Atlantic Avenue
Boston, MA 02210
(617) 482-7211