UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 OCT 18  P 4: 21

Civil Action No. 04 11574 RGS

U.S. DISTRICT COURT
DISTRICT OF MASS.

WILLIAM STRAVROS, )
Plaintiff, )
)
v. )
)
EMI STRATEGIC MARKETING, INC. )
Defendant. )

### DEFENDANT EMI'S MOTION TO DISMISS

NOW COMES your DEFENDANT, EMI Strategic Marketing, Inc. ("EMI") and hereby MOVES this HONORABLE COURT, pursuant to Fed. R. Civ. P. 12(b)(6), to DISMISS the Complaint filed by plaintiff in this matter. As its reasons therefor, EMI states that the Complaint fails to state a claim on which relief can be granted and is barred by the applicable statute of limitations. Furthermore, if matters outside of the Plaintiff's insufficient pleading are considered as allowed under Rule(b)(6), EMI is entitled to a judgment as a matter of law.

The basis for EMI's Motion to Dismiss is more fully set forth in the attached Memorandum in Support of Defendant EMI's Motion to Dismiss.

RESPECTFULLY SUBMITTED,
EMI STRATEGIC MARKETING, INC.
BY ITS COUNSEL

*/s/ Paul H. Merry/*
Paul H. Merry   #343580
Renee J. Bushey #629444
Law Office of Paul H. Merry, Esq.
44 School Street - 6th Floor
Boston, MA 02108
(617) 720-2400

DATE:

CERTIFICATE OF SERVICE

I, Paul H. Merry, hereby certify that I served the foregoing Motion on all other counsel of record in this matter by mailing a copy thereof to them at their customary offices on October 18, 2004.

*/s/ Paul H. Merry/*
Paul H. Merry