STATEMENT OF CAMPBELL EDLUND

1. My name is Campbell Edlund and I live in Boston, Massachusetts. I am president and chief executive officer of EMI Strategic Marketing Inc. I make the statements appearing below of my own personal knowledge.

2. EMI Strategic Marketing is a small marketing agency which has been in existence for approximately fifteen years with offices on Broad Street in Boston. We provide marketing consulting and communications services to our clients, including creative design and copywriting of marketing posters, brochures, advertising and other materials; as well as branding and other marketing related services.

3. From April 1999 until May of 2004, we had as an employee a man named William Stavros. Mr. Stavros was a trained, experienced creative professional with a strong background in graphic design, direct mail creative and web design, and was highly skilled in applying software programs we depend on to execute creative work product, including Quark, Illustrator and Photoshop. He served as senior designer with us and discharged creative and graphic design functions as needed by our clients. Attached hereto as Exhibit A is a photocopy of his business card.

4. Mr. Stavros was compensated on a salary basis, and his annual salary was seventy-two-thousand five-hundred ($72,500) dollars, or approximately thirteen-hundred-ninety-four ($1394) dollars per week. To the best of my knowledge Mr. Stavros has been paid all salary, vacation pay and any other compensation due him as of the date of his departure from employment with EMI.

5. During the latter half of 2003, due to continuing performance problems and a variety of other factors, EMI made the decision to release him from employment.

6. Since his release, Mr. Stavros has filed a federal lawsuit against us alleging we failed to pay him overtime pay that was due.

7. During his time of employment with us, Mr. Stavros never suggested or requested that he be paid overtime.

8. I have been engaged professionally in the marketing services field for more than twenty years and have familiarity with customary practices in this industry. To my knowledge overtime is not usually paid to salaried professionals in the graphic design field; and I know of no agencies who provide the kinds of services EMI provides who pay overtime to creative employees. I have been told a specific exemption exists under law for workers in this type of creative activity.

Statement of Campbell Edlund
Page 2

9. The job of senior designer is recognized in our industry as a creative job requiring imagination, invention, innovation and talent. Indeed, our success in satisfying our clients depends on the talent and originality of our creative staff in conceiving unique, attractive and effective designs for promotional materials.

10. The work of senior designers is recognized in the field of graphic arts, and particularly successful designs have been displayed in art museum shows. The graphic arts industry sponsors numerous award programs and shows to recognize the creativity and originality of commercial art work product, and Mr. Stavros himself was the recipient of such an award for direct mail creative. Senior designers I am familiar with, including Mr. Stavros, have received extensive training in graphic arts, including in most cases receiving the B.A. or B.S. degree in graphic design from a university or art school. Mr. Stavros reported on his resume a Bachelor's degree in Visual Communications from the Art Institute of Philadelphia, Pennsylvania. Most creative design professionals with whom I am familiar have spent at least two to four years in formal training, and in some instances more.

11. Creative design professionals also usually receive additional training in their employment, working with other experienced designers who further train them in the skills needed for this profession.

12. Although I was not his immediate supervisor at all times, I am familiar with the job duties performed by Mr. Stavros and the functions he performed for our company.

13. Mr. Stavros' job was exclusively in the creative area. As senior designer, he was charged with completing all aspects of designing the marketing and promotional materials for which various of our clients retained us.

14. Senior designers including Mr. Stavros work as follows: they are given an assignment by the account representatives, who indicate for them the general concept or the project as set by the client. The designer is then left to his own talents, imagination, innovativeness, experience and training for how to achieve the goal using a combination of artistic elements including photography, illustration, color, design and format.

15. More specifically, Mr. Stavros developed the layout for posters, brochures, mailings, print advertising and other materials, chose the type faces and sizes for the various text elements of the graphic design, chose the color scheme for the materials keeping in mind the thematic color preferences of our clients; and chose appropriate photographs, illustrations and design elements for inclusion. Coordination of these different elements so they together present an attractive, appealing and functional whole represents one of the greatest challenges of design work, and is not something a person without talent, imagination and an inventive mind can accomplish. Indeed, many persons with long experience in our industry in the capacity of account representative or manager freely acknowledge that despite this exposure they are unable to accomplish these graphic design tasks.

16. The selection of photographs in itself requires particular skill, calling for images that not only work graphically with the remainder of the piece, but also convey the "feel" or tone intended by the client.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY

_____
Campbell Edlund

Item # 1



William A. Stavros
Senior Designer

EMI Strategic Marketing, Inc.

One Appleton Street, Boston, Massachusetts 02116
617 451-9451 x173
fax 617 451-1193
www.emiboston.com
bstavros@emiboston.com



**eml** Strategic Marketing

WILLIAM A. STAVROS
Senior Designer
bstavros@emiboston.com

One Appleton Street
Boston, MA 02116
Tel 617.451.9451 x173
Fax 617.451.1193
emiboston.com

STATEMENT OF KATHLEEN COCOROCHIO

1. My name is Kathleen Cocorochio and I am employed as manager for technology services with EMI Strategic Marketing, whose offices are at 15 Broad Street, Boston, Massachusetts.

2. I make the statements contained herein of my own personal knowledge.

3. I have been employed with EMI for approximately nine years, with a hiatus for a couple of months (September 2002 to April 2003) when I took primary employment elsewhere.

4. Prior to my hiatus, my duties as "Manager, Technology Services" included "traffic control" for production by the company, which meant I was responsible for making sure the various marketing and promotional projects for which we contract were completed on deadline for our clients. This duty means I interacted on a regular, often daily basis with most production employees, including the creative staff; see their work product and have familiarity with their jobs and functions.

5. Among the creative staff I worked closely with over the past four or five years was a senior designer named William Stavros, who went by the nickname "Bill" or "Billy."

6. I had been working for EMI for some time when Mr. Stavros came to work for the company, and first met him at that time.

7. Because of the requirements of my position, I had knowledge of the job duties performed by most company employees, including creative staff such as Mr. Stavros, over the time of his employment with EMI.

8. Primarily the work done by Mr. Stavros consisted of designing such items as brochures, posters and other graphic representational materials used to interact with our clients, customers in the client,s place of business or elsewhere, in some cases by direct mail contact.

9. Oftentimes our clients seek us out for assistance in creating promotional materials for use in introducing a new program or service or product the customer seeks to advertise or promote.

10. Developing these materials is challenging and requires a high degree of imagination and creativity to prepare an attractive, appealing piece of material that, at the same time, communicates the message the client seeks to get across to its customers.

11. The success of our company depends on our ability to address these challenging tasks in an effective way; and the effectiveness of our services and the materials we produce depends in turn on the creativity and talent of trained graphic artists like Mr. Stavros.

20. Another example of the kind of work Mr. Stavros did which required particular originality was logos. Clients want eye-catching logos that makes their company standout, but at the same time, the logos have to be used in multiple ways, for example, on websites, letterhead and even clothing; and although this meant being creative within a narrow constraint (more colors ususally means more money to reproduce), I recall Mr. Stavros created a number of logos with which the clients were pleased.

21. I have frequently been impressed by how original and clever the materials produced by Mr. Stavros were. Although I know a great deal about what he and the other creative staff do, I do not feel I could have done the job they performed, because they had unique talents and abilities as well as extensive professional training.

22. Mr. Stavros did some particularly creative design work, including a poster for a community health care clinic in the Codman Square area, the Franklin Institute viewbook, the Kingsley Montessori viewbook, and the Boston Design Center.

23. As a marketing firm, EMI often develops promotional projects requested by our clients. Most positions are professional, either involved in direct contact with clients or creative and production functions.

24. This means that sometimes, when we are at a major production deadline, many staff perform clerical chores outside their normal job descriptions to meet the deadline. For example, although I am technology services manager, other managers and I have been known to get involved in such clerical tasks as envelope stuffing.

25. However, although I remember one specific instance where he once helped place labels on compact disks we were mailing out, in general Mr. Stavros did not engage in such group clerical work.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY

_____
Kathleen Cocorochio

STATEMENT OF DAN NEARING

1. My name is Dan Nearing and I currently live at 35 Bradford Street, Boston, MA 02118. I make the statements contained herein of my own personal knowledge.

2. My profession is that of a graphic arts designer, and I have been employed for about twenty years as a designer, senior designer, art director and creative director.

3. My training includes several years of art study as well as a University education in Fine Art. I also have improved my commercial skills through work experience as a creative staff member and designer at a number of marketing and promotional services firms, and advertising agencies.

4. In my experience, design professionals such as myself are salaried employees; and I have never received overtime pay in my professional career.

5. Among the marketing firms with which I have been employed is EMI Strategic Marketing, Inc. in Boston, Massachusetts. I was employed by them for many years as a designer or artistic director.

6. I am also currently employed by them on a temporary basis doing additional design projects.

7. The function of a designer or senior designer position with EMI is creative work including design of published materials such as brochures, posters, mailing materials and similar promotional materials. .

8. Creation of these items requires use of creative skills including layout of pages, selection of images, photographs, color schemes, type faces and sizes and the overall feel of the piece .

9. To be successful, artistic design work like this requires originality and a fine sense of composition and how a finished product will communicate with its audience. This requires a particular, and relatively rare, ability to bring the various elements of design together in a unique way that is both pleasing and effective.

10 In my experience, client companies who retain agencies like EMI do so because they can produce materials that will be both original and attractive and interesting to the customers the client seeks to attract, but will also be compatible with other existing materials in use by the client.

11. Unless designs are original and imaginative, they will fail to draw the attention and interest of their intended audience and will therefore fail to achieve their purpose. So creating such materials requires innovation and a particular talent, particularly when they must be coordinated with a client company's existing thematic colors, logos and other materials.

12. During my experience working with EMI, another designer named William Stavros was also employed there.

13. I worked closely with Mr. Stavros over several years and knew his work. I am aware that he was responsible for a number of creative projects for such EMI clients as Sovereign Bank, Fleet Bank and others.

14. I recall a number of creative projects Mr. Stavros was responsible for, including the web site for the "Cape Wind" electricity generating plan now being proposed for a shallow areas south of Cape Cod.

15. Mr. Stavros was also responsible for designing a number of logos for EMI clients.

16. Designing such logos, graphic images, in-branch signage and other promotional materials was Mr. Stavros' job.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY

_____
Dan Nearing