UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 OCT 18 P 4:21

U.S. DISTRICT COURT
DISTRICT OF MASS.

Civil Action No. 04 11574 RGS

```
WILLIAM STRAVROS,          )
Plaintiff,                 )
                           )
v.                         )
                           )
EMI STRATEGIC MARKETING, INC. )
Defendant.                 )
                           )
```

### DEFENDANT EMI'S CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)

NOW COMES your DEFENDANT, EMI Strategic Marketing, Inc. ("EMI") and hereby CERTIFIES that it conferred, by means of counsel, with counsel to the plaintiff in the above encaptioned action, Paul Holtzman, Esq., by telephone on October 18, 2004, and attempted in good faith to resolve or narrow the issues raised by the foregoing Motion, but was unsuccessful.

RESPECTFULLY SUBMITTED,
EMI STRATEGIC MARKETING, INC.
BY ITS COUNSEL

*/s/ Paul H. Merry/*
Paul H. Merry  #343580
Renee J. Bushey #629444
Law Office of Paul H. Merry,
  Esq.
44 School Street - 6th Floor
Boston, MA 02108
(617) 720-2400

CERTIFICATE OF SERVICE

I, Paul H. Merry, hereby certify that I served the foregoing document on all other counsel of record in this matter by mailing a copy thereof to them at their customary offices on October 18, 2004.

_____
Paul H. Merry