UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 04 11574 RGS

WILLIAM STAVROS,
          Plaintiff,

v.

EMI STRATEGIC MARKETING, INC.
          Defendant.

## JOINT MOTION TO ENLARGE TIME WITHIN WHICH TO OPPOSE MOTION TO DISMISS

The parties to the above-captioned matter hereby jointly move to extend until December 17, 2004 the date by which Plaintiff is required to oppose Defendant's pending motion to dismiss ("Motion"). In support hereof, the parties state that they are engaged in settlement negotiations, the success of which would render the Motion moot.

WHEREFORE, the parties respectfully request that this Court enter an order extending until December 17, 2004 the date on which Plaintiff is required to oppose the Motion and enter such other and further relief as is just.

| WILLIAM STAVROS, | EMI STRATEGIC MARKETING, INC. |
|---|---|
| By his attorneys, | By its attorneys, |
| /s/ Paul V. Holtzman | /s/ Paul H. Merry / HDR |
| Paul V. Holtzman, BBO # 563184 | Paul H. Merry, BBO # 343580 |
| Hugh Dun Rappaport, BBO # 642263 | Renee J. Bushey, BBO # 629444 |
| KROKIDAS & BLUESTEIN LLP | LAW OFFICE OF PAUL H. MERRY, ESQ. |
| 600 Atlantic Avenue | 44 School Street – 6th Floor |
| Boston, MA 02210 | Boston, MA 02108 |
| (617) 482-7211 | (617) 720-2400 |

Dated: December 7, 2004
2124\0001\145982.1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 04 11574 RGS

WILLIAM STAVROS,

          Plaintiff,

v.

EMI STRATEGIC MARKETING, INC.

          Defendant.

## CERTIFICATE OF SERVICE

I, Hugh Dun Rappaport, hereby certify that on December 7, 2004, I served a copy of a Joint Motion To Enlarge Time Within Which To Oppose Motion To Dismiss, via facsimile and first class mail, postage prepaid, upon Paul H. Merry, Esq., 44 School Street, 6th Floor, Boston, MA 02108.

          /s/ Hugh Dun Rappaport
          Hugh Dun Rappaport

2124\0001\146064.1