UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 04 11574 RGS

WILLIAM STAVROS,

                Plaintiff,

v.

EMI STRATEGIC MARKETING, INC.

                Defendant.

## NOTICE OF APPEARANCE

Please enter my appearance on behalf of William Stavros in the above-referenced action.

                WILLIAM STAVROS,
                By his Attorney,

                _____
                Hugh Dun Rappaport, BBO # 642263
                KROKIDAS & BLUESTEIN LLP
                600 Atlantic Avenue
                Boston, MA  02210
                (617) 482-7211

Dated: January 5, 2005

2124\0001\146931.1