UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

WILLIAM STAVROS

    V.                                    CIVIL ACTION NO. 04-11574-RGS

EMI STRATEGIC MARKETING, INC.

# NOTICE OF HEARING

STEARNS, DJ.                                                        JANUARY 11, 2005

     A HEARING* IN THE ABOVE-CAPTIONED ACTION IS HEREBY SCHEDULED FOR:

WEDNESDAY, FEBRUARY 9, 2005 AT 2:30 P.M.

BEFORE THE HONORABLE RICHARD G. STEARNS, UNITED STATES DISTRICT JUDGE, COURTROOM#21, 7TH FLOOR, JOHN JOSEPH MOAKLEY UNITED STATES COURTHOUSE, BOSTON, MA.

    SO ORDERED.

                                                            RICHARD G. STEARNS
                                                            UNITED STATES DISTRICT JUDGE

            BY:

                                                           /s/ Mary H. Johnson
                                                              Deputy Clerk

*To be heard:   Deft's Motion to Dismiss (#4).