UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11574- RGS

WILLIAM STAVROS

v.

EMI STRATEGIC MARKETING, INC.

ORDER REGARDING
DEFENDANTS' MOTION TO DISMISS

February 7, 2005

STEARNS, D.J.

Plaintiff William Stavros filed this action under the federal and state wage and hour laws seeking overtime pay he claims is owed in connection with his employment at defendant EMI Strategic Marketing, Inc. (EMI). EMI moves to dismiss the Complaint, asserting that as a "professional" employee Stavros is exempt from statutory coverage. Stavros opposes the motion, principally on grounds that the parties have not conducted discovery and he is therefore unable to counter factual assertions contained in several affidavits EMI uses in support of its motion to dismiss.[1] See EEOC v. Green, 76 F.3d 19, 24 (1st Cir. 1996).

Whether Stavros is exempt from the protections of the Fair Labor Standards Act and related Massachusetts statutes regulating overtime pay (M.G.L. 151, § 1A) and non-payment of wages (M.G.L. 149, § 148), is an intensely factual issue. See Bohn v. Park City Group, 94 F.3d 1457, 1461-1462 (1st Cir. 1996). Consequently, the court will

---

[1] While EMI cites to three affidavits in its Memorandum, it failed to attach them to the pleading.

reschedule the motion hearing set for Wednesday, February 9, 2005, to Wednesday, June 8, 2005 at 2:30 p.m.  The court grants the parties leave to conduct discovery through and until May 4, 2005.  See Fed. R. Civ. P. 56(f).  EMI will no later than May 18, 2005, file a Statement of Undisputed Facts, see L.R. 56.1, and any additional affidavits or exhibits supplementing its motion for summary judgment.  Stavros will have until June 1, 2005, to file an Opposition.

SO ORDERED.

/s/ Richard G. Stearns

_____

UNITED STATES DISTRICT COURT