RESPECTFULLY SUBMITTED
                    PAUL H. MERRY
                    COUNSEL TO EMI STRATEGIC
                    MARKETING, INC.,
                    DEFENDANT

*/s/ Paul H. Merry/*
Paul H. Merry, Esq.

DATE:
                    44 School Street
                    Boston, MA 02108
                    (617) 720-2400
                    BBO No. 343580

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by hand on April 6, 2005.

*/s/ Paul H. Merry/*
Paul H. Merry, Esq.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 04 11574 RGS

| | |
|---|---|
| WILLIAM STRAVROS,<br>Plaintiff,<br><br>v.<br><br>EMI STRATEGIC MARKETING, INC.,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

NOW COMES PAUL H. MERRY, ESQ., and hereby MOVES this HONORABLE COURT for leave to withdraw as counsel to the defendant herein, and states as his reasons therefor as follows:

1. This matter concerns a claim for allegedly unpaid overtime compensation by a former employee of defendant EMI;

2. Defendant has indicated it has located successor counsel relating to this claim and that that counsel, the firm of Foley, Hoag and Eliot of Boston, has filed its appearance in this matter;

WHEREFORE Paul H. Merry, Esq. hereby respectfully requests leave to withdraw as counsel to defendant on this matter at this time.