UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| WILLIAM STAVROS, | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) CIVIL ACTION NO. 04-11574-RGS |
|  | ) |
| EMI STRATEGIC MARKETING, INC., | ) |
|  | ) |
| Defendant. | ) |

NOTICE OF APPEARANCE

Please enter the appearance of the undersigned on behalf of the Defendant EMI Strategic Marketing, Inc.

EMI STRATEGIC MARKETING, INC.

BY ITS ATTORNEYS,

Jonathan A. Keselenko, BBO #559604
Laura I. Bernardo, BBO #661095
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA 02210
(617) 832-1000

Dated: April 6, 2005

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by (hand) (mail) on 4/6/05

B3017373.1