UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 04-11574 RGS

WILLIAM STAVROS,

                      Plaintiff,

v.

EMI STRATEGIC MARKETING, INC.

                      Defendant.

## ASSENTED-TO MOTIONS FOR LEAVE TO AMEND
## COMPLAINT AND FOR LEAVE TO FILE RESPONSIVE PLEADING

Plaintiff William Stavros ("Stavros") hereby respectfully requests leave to amend the Complaint that he filed in the above-captioned matter. Fed. R. Civ. P. 15(a) provides that leave to amend "shall be freely given when justice so requires." As set forth more fully below, the circumstances leading to the proposed Amended Verified Complaint And Jury Demand (filed herewith) easily clear this lenient hurdle. Defendant, EMI Strategic Marketing, Inc., assents to this motion. Stavros, in turn, assents to Defendant's motion for leave to file a pleading responsive to the Amended Complaint within seven (7) days of the date on which it receives notice of this Court's allowance of the motion for leave to amend the Complaint.

Stavros filed the Complaint in the above-captioned matter less than nine months ago. He seeks to amend that Complaint in two (2) respects.

First, Stavros seeks to amend his non-payment of wages claim to include a demand for straight (i.e., non-overtime) compensation and unused vacation time.

Second, Stavros seeks to amend the Complaint to specifically plead facts concerning the manner in which Defendant and Stavros engaged in interstate commerce.

The allowance of the instant motions will not cause either party to suffer any prejudice.

WHEREFORE, Stavros respectfully requests that this Court grant him leave to file the proposed Amended Complaint and Defendant requests leave to file a pleading responsive to same within seven (7) days.

Respectfully submitted,

| WILLIAM STAVROS, | EMI STRATEGIC MARKETING, INC. |
|---|---|
| By his attorneys, | By its attorney, |
| /s/ Paul Holtzman | /s/ Jonathan Keselenko / HDR |
| Paul Holtzman, Esq. | Jonathan Keselenko, Esq. |
| BBO No. 563184 | BBO No. 559604 |
| Hugh Dun Rappaport, Esq. | Laura Bernardo, Esq. |
| BBO No. 642263 | BBO No. 661095 |
| KROKIDAS & BLUESTEIN LLP | FOLEY HOAG LLP |
| 600 Atlantic Avenue | 155 Seaport Boulevard |
| Boston, MA 02210 | Boston, MA 02210-2600 |
| (617) 482-7211 | (617) 832-1208 |

DATED: April 13, 2005

2124\0001\147850.2