UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

WILLIAM STAVROS,

        Plaintiff,

    v.

EMI STRATEGIC MARKETING, INC.

        Defendant.

C.A. No. 04-11574 (RGS)

## DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1(a), Defendant EMI Strategic Marketing, Inc. discloses that there is no parent corporation or publicly traded corporation holding a 10% or more ownership in EMI Strategic Marketing, Inc..

EMI STRATEGIC MARKETING, INC.
By its attorneys,

Jonathan A. Keselenko, BBO# 559604
Laura I. Bernardo, BBO# 661095
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA 02210
617-832-1000

Date: April 26, 2005

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the
above document was served upon the
attorney of record for each other party
by mail/hand on 4/26/05