UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

WILLIAM STAVROS,

        Plaintiff,

v.

EMI STRATEGIC MARKETING, INC.

        Defendant.

C.A. No. 04-11574 (RGS)

### JOINT MOTION TO EXTEND DISCOVERY PERIOD

The parties in the above-captioned matter, Plaintiff William Stavros ("Stavros") and Defendant EMI Strategic Marketing, Inc. ("EMI"), hereby move to extend the discovery period in the above-captioned matter by ninety (90) days until August 2, 2005, and to extend all other dates accordingly. In support of this motion, the parties state as follows:

1. The current deadline for conducting discovery in the above-captioned matter is May 4, 2005.

2. EMI has recently retained new counsel in this matter. An extension of the discovery period and all other dates by ninety (90) days will allow new counsel to resolve all issues with respect to the transfer of the case from former counsel. There is a considerable amount of discovery yet to be completed, including the completion of depositions, interrogatories, and requests for documents.

3. The parties also request that all other deadlines and hearings, including the motion hearing scheduled for Wednesday, June 8, 2005 at 2:30 P.M., be extended by ninety (90) days to accommodate the requested discovery extension.

WHEREFORE, the parties request that the Court extend the discovery deadline by 90 days to August 2, 2005, and extend all other deadlines accordingly.

| | |
|---|---|
| WILLIAM STAVROS | EMI STRATEGIC MARKETING, INC. |
| By his attorneys, | By its attorneys, |

*Hugh Dun Rappaport (w/ permission)*   */s/ Laura Bernardo*

Paul V. Holtzman, BBO #563184           Jonathan A. Keselenko, BBO #559604
Hugh Dun Rappaport, BBO #642263         Laura Bernardo, BBO # 661095
Krokidas & Blumstein                    Foley Hoag LLP
600 Atlantic Avenue                     155 Seaport Boulevard
Boston, MA 02210                        Boston, MA 02110
(617) 482-7212                          (617) 832-1000

Dated: May 2, 2005

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail/hand on 5/2/05  */s/ Laura Bernardo*