UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 04 11574 RGS

WILLIAM STAVROS,

                    Plaintiff,

v.

EMI STRATEGIC MARKETING, INC.

                    Defendant.

### JOINT MOTION TO EXTEND DISCOVERY PERIOD

The parties to the above-captioned matter hereby jointly move to extend the discovery period in the above-captioned matter by thirty (30) days until September 2, 2005 and to extend all other dates accordingly. In support of this Motion, the parties state that they are engaged in active settlement discussions and that they expect to reach a negotiated resolution of the above-captioned matter within the next thirty (30) days.

WHEREFORE, the parties request that this Court extend the discovery deadline by thirty (30) days to September 2, 2005, extend all other deadlines accordingly, and grant such other and further relief as is just.

| | |
|---|---|
| WILLIAM STAVROS, | EMI STRATEGIC MARKETING, INC. |
| By his attorneys, | By its attorneys, |
| /s/ Paul V. Holtzman | /s/ Jonathan A. Keselenko / JAK |
| Paul V. Holtzman, BBO # 563184 | Jonathan A. Keselenko, BBO # 559604 |
| Hugh Dun Rappaport, BBO # 642263 | Laura Bernardo, BBO # 661095 |
| KROKIDAS & BLUESTEIN LLP | FOLEY HOAG LLP |
| 600 Atlantic Avenue | 155 Seaport Boulevard |
| Boston, MA 02210 | Boston, MA 02110 |
| (617) 482-7211 | (617) 832-1000 |

Dated: August 2, 2005

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No.  04 11574 RGS

WILLIAM STAVROS,
                Plaintiff,

v.

EMI STRATEGIC MARKETING, INC.

                Defendant.

## CERTIFICATE OF SERVICE

I, Hugh Dun Rappaport, hereby certify that on August 2, 2005, I served a Joint Motion To Extend Discovery Period, via facsimile and first class mail, postage prepaid, upon Jonathan A. Keselenko, Esq., Foley Hoag LLP, 155 Seaport Boulevard, Boston, MA  02210.

                                                      Hugh Dun Rappaport

2124\0001\150172.1