UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM STAVROS,<br><br>               Plaintiff,<br><br>v.<br><br>EMI STRATEGIC MARKETING, INC.,<br><br>               Defendant. | C.A. No. 04-11574 (RGS) |

### JOINT MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT AND FOR ENTRY OF STIPULATED FINAL JUDGMENT

The parties to this action hereby jointly move that the Court approve the Settlement Agreement (attached hereto) and enter final judgment in this action, dismissing it with prejudice.

As grounds for this Motion, the parties state:

1.    Plaintiff William Stavros has brought this action for back wages and overtime pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 et seq.; the Massachusetts Payment of Wages Act, M.G.L. ch. 149, §§ 148, 150; and the Massachusetts Overtime Statute, M.G.L. ch. 151A, § 1A. Plaintiff alleges, inter alia, that he should have been classified as a "non-exempt" employee for purposes of the FLSA and the companion Massachusetts statute and, therefore, should have been paid overtime and additional wages.

2.    Defendant EMI Strategic Marketing, Inc. ("EMI") denies any liability to Plaintiff. Specifically, EMI alleges that Plaintiff's position satisfied the exemption for "professional" employees under the FLSA and Massachusetts law and, therefore, Plaintiff is not owed back wages or overtime.

3. The parties wish to resolve these claims and state that the attached agreement is a reasonable compromise given the risks of litigation. The agreement specifies the amounts that the parties have allocated to back pay, overtime and attorneys' fees and costs.[1]

WHEREFORE, the parties jointly request that the Court approve this Settlement Agreement and enter a stipulated final judgment, dismissing this matter with prejudice.

| WILLIAM STAVROS | EMI STRATEGIC MARKETING, INC. |
|---|---|
| By his attorneys, | By its attorneys, |
| /s/ Paul V. Holtzman | /s/ Jonathan A. Keselenko / HPR |
| Paul V. Holtzman, BBO #563184 | Jonathan A. Keselenko, BBO #559604 |
| Hugh Dun Rappaport, BBO #642263 | Laura Bernardo, BBO # 661095 |
| Krokidas & Blumstein | Foley Hoag LLP |
| 600 Atlantic Avenue | 155 Seaport Boulevard |
| Boston, MA 02210 | Boston, MA 02210 |
| (617) 482-7211 | (617) 832-1000 |
| Dated: November 14, 2005 | Dated: November 14, 2005 |

Approved and Ordered by the Court,

/s/ Richard G. Stearns
Judge Richard G. Stearns
United States District Court, District of Massachusetts

Dated: 11-14-05.

2124\0001\157769.1

---

[1] Plaintiff has also brought charges of discrimination at the Massachusetts Commission Against Discrimination ("MCAD") and the Equal Employment Opportunity Commission ("EEOC"). The Settlement Agreement attached hereto settles those actions as well. The parties assert that the settlement amount is reasonable for settlement of the action before this Court and at the MCAD and EEOC. The parties will be submitting stipulations of dismissal to the MCAD and EEOC.