UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

WILLIAM STAVROS,

           Plaintiff,

v.

EMI STRATEGIC MARKETING, INC.,

           Defendant.

C.A. No. 04-11574 (RGS)

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties hereby jointly request that the Complaint filed in this matter be dismissed, with prejudice and without costs, sanctions or attorneys' fees to either party. All rights of appeal are hereby expressly waived.

| WILLIAM STAVROS | EMI STRATEGIC MARKETING, INC. |
|---|---|
| By his attorneys, | By its attorneys, |
| /s/ Paul Holtzman | /s/ Jonathan A. Keselenko /HDR |
| Paul Holtzman, BBO #563184 | Jonathan A. Keselenko, BBO #559604 |
| Hugh Dun Rappaport, BBO #642263 | Laura Bernardo, BBO # 661095 |
| Krokidas & Bluestein LLP | Foley Hoag LLP |
| 600 Atlantic Avenue | 155 Seaport Boulevard |
| Boston, MA 02210 | Boston, MA 02210 |
| (617) 482-7211 | (617) 832-1000 |
| Date: November 16, 2005 | Date: November 16, 2005 |

2124\0001\157766.1